1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   JAMES EDWARD TRUSCHKE, Jr.,              No.  2:14-cv-0778 KJN P
12                 Petitioner,
13        v.                                  ORDER and
14   DANIEL E. FLYNN, et al.,                 FINDINGS AND RECOMMENDATIONS
15                 Respondents.
16

17        Recent new case documents were served on petitioner's address of record and returned by

18   the postal service.  It appears that petitioner has failed to comply with Local Rules 182(f) and

19   183(b), which require that a party appearing in propria persona inform the court of any address

20   change.  Failure to comply with these rules within sixty-three days authorizes dismissal of the

21   action without prejudice for failure to prosecute.  See Local Rule 183(b).  More than sixty-three

22   days have passed since the court's order was returned by the postal service, and petitioner has still

23   failed to notify the Court of a current address.

24        Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a

25   district judge to this action.

26   ////

27   ////

28   ////

                                      1

1    Further, IT IS HEREBY RECOMMENDED that this action be dismissed without

2 prejudice.  <u>See</u> Local Rule 183(b).

3    These findings and recommendations are submitted to the United States District Judge

4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5 after being served with these findings and recommendations, plaintiff may file written objections

6 with the court and serve a copy on all parties.  Such a document should be captioned

7 "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

8 failure to file objections within the specified time may waive the right to appeal the District

9 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

10 Dated:  June 12, 2014

11

12  /trus0778.133a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2